CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
elliottm@potterhandy.com
(858) 375-7385; (888) 422-5191 fax

Attorneys for Plaintiff

SAHELIAN LAW OFFICES
Ara Sahelian, SBN 169257
23046 Ave de la Carlota, Ste 600
Laguna Hills, CA 92653
Direct : 949 859 9200
Fax : 949 954 8333
sahelianlaw@me.com

Attorney for Defendant
Farm-To-Table Eats, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WHITAKER**, <br><br> Plaintiff, <br><br> v. <br><br> **FARM-TO-TABLE EATS, INC.**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No. 2:20-cv-01899-AB-AS <br><br> **JOINT REPORT REGARDING MEDIATION** |

Through their respective attorneys of record, Plaintiff Brian Whitaker and Defendant Farm-To-Table Eats, Inc., jointly report that the within matter was mediated on January 12, 2021 before assigned panel mediator, Marc D Alexander. The <u>case did not settle</u> at the mediation.

At the mediation, Plaintiff was represented by Ariel Vento; and Defendant was represented by Ara Sahelian.

Mediation Efforts:

Counsel of record, client representatives and parties with full authority to negotiate a settlement and execute an agreement resolving all of the issues in this matter participated in the mediation. The <u>case did not settle</u> at the mediation.

Dated: January 20, 2021   CENTER FOR DISABILITY ACCESS

By: <u>/s/ Elliott Montgomery</u>
Elliott Montgomery
Attorney for Plaintiff

Dated: January 20, 2021   SAHELIAN LAW OFFICES

By: <u>/s/ Ara Sahelian</u>
Ara Sahelian
Attorney for Defendant
Farm-To-Table Eats, Inc.

# SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: January 20, 2021    CENTER FOR DISABILITY ACCESS

By: */s/Elliott Montgomery*
Elliott Montgomery
Attorney for Plaintiff