JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker** | Case: 2:20-cv-01899-AB-AS |
| Plaintiff, | |
| v. | [~~proposed~~] JUDGMENT |
| **Farm-To-Table Eats, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

Having ruled on the parties' cross-motions for summary judgment, the Court hereby ORDERS, ADJUDGES, AND DECREES that judgment is entered in this action as follows:

1. Judgment is GRANTED in favor of Defendant Farm-To-Table Eats, Inc. on Plaintiff Brian Whitaker's First Cause of Action under the Americans with Disabilities Act claim, as to outdoor dining tables;

2. Judgment is GRANTED in favor of Defendant Farm-To-Table Eats, Inc. on Plaintiff Brian Whitaker's Second Cause of Action under the Unruh Civil Rights Act claim, as to outdoor dining tables;

3. Plaintiff Brian Whitaker's Cause of Action under the Americans with Disabilities Act claim as to indoor dining tables is moot;

4. The court declines to exercise supplemental jurisdiction on Plaintiff Brian Whitaker's Second Cause of Action under the Unruh Civil Rights Act claim, related to indoor tables. The claim is DISMISSED WITHOUT PREJUDICE.

Dated: September 15, 2021

By: _____
Hon. Andre Birotte Jr.
United States District Judge